UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, an individual and the AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS,<br><br>              Plaintiffs,<br><br>v.<br><br>STATION CASINOS, INC., et al.,<br><br>              Defendants. | 2:08-CV-1181 JCM (LRL) |

**ORDER**

Presently before the court is the case of *American Patriots Advocating for Disabled Rights, Inc. Et al. V. Station Casinos, Inc.* (2:08-cv-01181-JCM-LRL).

Plaintiffs' complaint (doc. #1) was filed on September 6, 2008. On July 31, 2009, defendant Station Casinos, Inc. filed a suggestion of bankruptcy, which caused the case to be automatically stayed pursuant to 11 U.S.C. § 362. (Doc. #20). Following the suggestion of bankruptcy (doc. #20), the parties filed an interim status report (doc. #21), whereby they agreed that the case be stayed until the bankruptcy proceedings are complete.

As nearly two years have passed since the case was stayed, the court requests that the parties file a status report within two weeks from the date of this order, informing the court of the status of the bankruptcy.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED ADJUDGED AND DECREED that the parties file a joint status
2   report with the court on or before June 8, 2011.
3   DATED May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -