UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, an individual and the AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS,<br><br>        Plaintiffs,<br><br>v.<br><br>STATION CASINOS, INC., et al.,<br><br>        Defendants. | 2:08-CV-1181 JCM (LRL) |

**ORDER**

On May 24, 2011, the court ordered that the parties file a joint status report on or before June 8, 2011, informing the court of the status of the bankruptcy. (Doc. #22). To date, no report has been filed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff show cause in writing within ten (10) days of the date of filing of this order why the court should not dismiss the case for failure to comply with the court's order.

DATED August 12, 2011.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**