Jeffrey S. Rugg, Bar No. 10978
jrugg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, an individual and the AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS, a Nevada corporation, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATION CASINOS, INC., a Nevada corporation d/b/a TEXAS STATION GAMBLING HALL AND HOTEL and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:08-CV-01181-JCM-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs MICHELLE JOSEPH and AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS ("Plaintiffs"), on the one hand, and Defendant STATION CASINOS, INC. d/b/a TEXAS STATION GAMBLING HALL AND HOTEL ("Defendant"), on the other hand, by and through their respective undersigned counsel, that all claims by Plaintiffs against Defendant in the above-

///

///

///

21539\126\1645657.1                    1

captioned matter shall be dismissed with prejudice, with each party to bear her or its own costs and attorney's fees.

Respectfully submitted this 9th day of February, 2012.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | DAVID OTTO & AFFILIATES, PC |
| /s/ Jeffrey S. Rugg | /s/ David J. Otto |
| Jeffrey S. Rugg, Esq. Bar No. 10978<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 | David J. Otto, Esq. Bar No. 5449<br>2300 West Sahara, Suite 800<br>Las Vegas, Nevada 89102 |
| Attorneys for Defendant | Attorneys for Plaintiffs |

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant in this case is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

_____
United States District Judge
Dated: February 13, 2012

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Jeffrey S. Rugg
Jeffrey S. Rugg, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Attorneys for Defendant