1  Jeffrey S. Rugg, Bar No. 10978
   jrugg@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, Nevada  89106
   (702) 382-2101
4
   Attorneys for Defendant
5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8   MICHELE JOSEPH, an individual and the
    AMERICAN PATRIOTS ADVOCATING          Case No. 2:08-CV-01181-JCM-LRL
9   FOR DISABLED RIGHTS, a Nevada
    corporation, on behalf of themselves and all
10  others similarly situated,                    **STIPULATION AND ORDER FOR**
                                                  **DISMISSAL WITH PREJUDICE**
11                           Plaintiffs,
12  vs.

13  STATION CASINOS, INC., a Nevada
    corporation d/b/a TEXAS STATION
14  GAMBLING HALL AND HOTEL and
    DOES 1-100, inclusive,
15
                             Defendant.
16

17        IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs MICHELLE

18  JOSEPH and AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS

19  ("Plaintiffs"), on the one hand, and Defendant STATION CASINOS, INC. d/b/a TEXAS

20  STATION GAMBLING HALL AND HOTEL ("Defendant"), on the other hand, by and through

21  their respective undersigned counsel, that all claims by Plaintiffs against Defendant in the above-

22  ///

23  ///

24  ///

25

26

27

28

*BROWNSTEIN HYATT FARBER SCHRECK, LLP*
*100 City Parkway, Suite 1600*
*Las Vegas, Nevada 89106*
*(702) 382-2101*

captioned matter shall be dismissed with prejudice, with each party to bear her or its own costs and attorney's fees.

Respectfully submitted this 9th day of February, 2012.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

DAVID OTTO & AFFILIATES, PC

/s/ Jeffrey S. Rugg
Jeffrey S. Rugg, Esq. Bar No. 10978
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106

/s/ David J. Otto
David J. Otto, Esq. Bar No. 5449
2300 West Sahara, Suite 800
Las Vegas, Nevada 89102

Attorneys for Defendant

Attorneys for Plaintiffs

## **ORDER**

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant in this case is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.**.**

**United States District Judge**

**Dated:** February 13, 2012

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Jeffrey S. Rugg
Jeffrey S. Rugg, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106

Attorneys for Defendant